# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 10, 2026

Lyle W. Cayce
Clerk

No. 25-40617
Summary Calendar

———————————

Ndem Oduu,

*Petitioner—Appellant*,

*versus*

Eric Guerrero, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

———————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:25-CV-250

———————————————————————

Before Jones, Richman, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Ndem Oduu, federal prisoner # 05855-095, has moved to dismiss his appeal without prejudice. The document from which he filed an appeal was a proposed order attached to the respondent's answer to his 28 U.S.C. § 2241 petition. Because the document from which Oduu has appealed was not an order, and the district court has issued no other order or judgment—final or

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40617

otherwise—to which his appeal could apply, we lack jurisdiction to consider this appeal. *See* 28 U.S.C. § 1291; *Askanase v. Livingwell, Inc.*, 981 F.2d 807, 809-10 (5th Cir. 1993). Accordingly, we GRANT the motion and dismiss the appeal WITHOUT PREJUDICE.